**STATE of Missouri, Plaintiff–Respondent,**

v.

**Lisa Renee MATTESON, Defendant–Appellant.**

No. 64210.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 2, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

Application to Transfer Denied July 25, 1995.

Bradley S. Dede, Thomas C. Antoniou, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Defendant appeals after a jury convicted her of second-degree assault, § 565.060, RSMo Cum.Supp.1995, and armed criminal action, § 571.015.1, RSMo 1986, for which she was sentenced to two concurrent three-year sentences. We affirm.

We find no jurisprudential purpose would be served by a written opinion and affirm by written summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.